**Motion Granted and Abatement Order filed April 22, 2014**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-13-00294-CV
_____

**FEDEX HOME DELIVERY, JOAQUIN CASTRO AND TALAMENTES ENTERPRISES, INC., Appellants**

**V.**

**JEANETTE STONE, Appellee**

---

**On Appeal from the 361st District Court**
**Brazos County, Texas**
**Trial Court Cause No. 08-001967-CV-361**

---

## ABATEMENT ORDER

On April 14, 2014, the parties notified this court that the parties had reached an agreement to settle the issues on appeal and requested that the appeal be abated for completion of the settlement. The motion is granted. Accordingly, we issue the following order.

The appeal is abated, treated as a closed case, and removed from this court's active docket until May 14, 2014. The appeal will be reinstated on this court's

active docket at that time, or when the parties file a motion to dismiss the appeal or other dispositive motion. The court will also consider an appropriate motion to reinstate the appeal filed by either party, or the court may reinstate the appeal on its own motion.


PER CURIAM